```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jorge Rodriguez,

                  Plaintiff,

-against-

Iris Cotto et al.,

                  Defendants.

1:23-cv-01350 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference in which Plaintiff's counsel appeared and Defendants' counsel did not appear, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than Tuesday, August 15, 2023, Defendants shall fully respond to Plaintiff's interrogatories and requests for production.

2. A telephone conference will be held on Monday, August 28, 2023, at 11:00 a.m. EST, to address the status of discovery. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

3. In the event of Defendants' failure to comply with their discovery obligations set forth herein, sanctions may be imposed against them, up to and including a recommendation that a default be entered against Defendants.

4. If Defendants' counsel, Wilson Soto, fails to appear at the August 28 telephone conference, sanctions shall be imposed against him.

**SO ORDERED.**

Dated: New York, New York
August 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge

2