```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jorge Rodriguez,

                Plaintiff,

-against-

Iris Cotto et al.,

                Defendants.

1:23-cv-01350 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference and for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than Monday, September 11, 2023, Defendants shall fully respond to Plaintiff's interrogatories and requests for production, as set forth in the telephone conference. If Defendants fail to timely comply, sanctions shall be imposed against them.

2. On Monday, September 28, 2023, the parties shall file a joint letter regarding the status of discovery.

3. The deadline for fact discovery is extended until Wednesday, November 1, 2023.

**SO ORDERED.**

Dated: New York, New York
      August 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge