USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jorge Rodriguez,

                Plaintiff,

-against-

Iris Cotto et al.,

                Defendants.

1:23-cv-01350 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, it is hereby ORDERED as follows:

1. In accordance with paragraph 2 of the Court's September 22, 2023 Order (ECF No. 55), Defendants' counsel shall pay to Plaintiff $1,020 no later than Tuesday, October 31, 2023.

2. No later than Monday, October 30, 2023, Defendants shall (a) file a declaration to the ECF docket setting forth the efforts taken to locate the phone used by Plaintiff during his employment and whether the phone was located and searched; (b) provide to Plaintiff the identities and contact information of the similarly situated individuals, as defined during today's conference and prior conferences, employed by any property complexes owned and/or managed by Defendants between June 2020 and March 2022; and (c) provide to Plaintiff the contact information for Eulogio Mora-Hernandez.

3. The deadline for fact discovery is extended until Thursday, November 30, 2023.

4. Should Defendants and their counsel fail to timely comply with this or future orders, sanctions shall be imposed, as set forth during the conference.

**SO ORDERED.**

Dated: New York, New York
October 23, 2023

_____
STEWART D. AARON
United States Magistrate Judge