USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jorge Rodriguez,

                Plaintiff,

-against-

Iris Cotto et al.,

                Defendants.

1:23-cv-01350 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Defendants' response to Plaintiff's Letter Motion filed at ECF No. 73 is past due. No later than Thursday, December 14, 2023, at 5 p.m. EST, Defendants shall file any response to such Letter Motion.

**SO ORDERED.**

Dated: New York, New York
       December 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge