

**Wilson Soto & Associates, P.C.**
ATTORNEYS AT LAW

Scarsdale Executive Building
531 Central Park Avenue, Suite 301
Scarsdale, New York 10583
Tel: (914) 378-9000
Fax: (914) 378-1188

February 1, 2023

VIA ECF ONLY

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2024

Re:   Jorge Rodriguez v. Iris Cotto et al.
      Civil Action No. 1:23-cv-01350(JGLC)(SDA)

Magistrate Judge Aaron,

   The undersigned is counsel for the Defendant's herein. The nature of this correspondence is to seek an extension of time to submit settlement documents relative to this case.

   Pursuant to the Court's directive (DOC #80) the parties were to submit for the Court's consideration Settlement documents by today's date.

   On January 14th, my wife underwent emergency surgery for a ruptured appendix. After multiple medical procedures, she is as of this date, still in the hospital for treatment of grave infections. Though I acknowledge that we have a settlement in place, I have not had the bandwidth to address the specifics of the proposed settlement documents with my clients.

   With leave of Court, Counsel and I have consented to adjourn the submission of the Settlement documents until Friday, February 9, 2024.

Sincerely,

*/s/ Wilson Soto*
Wilson Soto, Esq.

---

The Court sends its regards to Mr. Soto's wife and wishes a speedy recovery. Defendants' letter motion to extend the time file settlement documents from February 1, 2024 until February 9, 2024 (ECF No. 82), is GRANTED.

In the interim, no later than Wednesday, February 7, 2024, the parties shall file a joint letter indicating whether they consent to conduct all further proceedings before Magistrate Judge Stewart D. Aaron. (*See* 1/11/24 Order, ECF No. 80.)

SO ORDERED.
Dated: February 1, 2024

*/s/ Stewart D. Aaron*